■ Luz Dalinda Andramunio, as Administratrix of the Estate of Edgar Geovanny Dutan, Deceased, et al., Respondents, v 3402 Land Acquisition LLC et al., Appellants, et al., Defendant. (And Third-Party Actions.) [850 NYS2d 901]—Appeal from an order, Supreme Court, New York County (Judith J. Gische, J.), entered May 24, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Williams, Sweeny, Catterson and Moskowitz, JJ. [See 2007 NY Slip Op 31326(U).]